IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHERI GAIL DURHAM, individually and as Next Friend of JESSICA HALEY DURHAM and MARISSA UMA LAMA DURHAM, both minors, and as Administrator of the Estate of MARK ALLEN DURHAM, Deceased,<br><br>      Plaintiffs,<br><br>  vs.<br><br>COUNTY OF MAUI, ET AL.,<br><br>      Defendants.<br>_____ | CIV. NO. 08-00342 JMS/LEK |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 17, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 8, 2009.



      /s/ J. Michael Seabright
      J. Michael Seabright
      United States District Judge